# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00185-CV

---

**Elise Rosenboom, Appellant**

**v.**

**Department Stores National Bank, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**NO. C-1-CV-24-004357, THE HONORABLE DON R. BURGESS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 16, 2026. On June 24, 2026, this Court sent a notice to Appellant informing her that her brief was overdue and that a failure to file a satisfactory response by July 6, 2026, would result in the dismissal of this appeal for want of prosecution. To date, Appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Prosecution

Filed: July 16, 2026